206 So.2d 96

Edwin A. SCOTT

v.

LOUISIANA MIDLAND RAILWAY COMPANY et al.

No. 49058.

Feb. 2, 1968.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.